# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2372
_____

V.S., Mother of A.C.S., R.D.E.
and K.S.A., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
R. Todd Harris, Judge.

March 5, 2024

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Thomas John Butler of Thomas Butler, P.A., Miami Beach, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director, and Caitlin E. Burke, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Appellee Guardian ad Litem.